**David HOBBS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64563.**

Missouri Court of Appeals,
Western District.

Dec. 27, 2005.

Robert Shirkey and Dennis C. Owens, Kansas City, for Appellant.

Dennis Palmer and Karen Gleason, Kansas City, for Respondent.

Before PAUL M. SPINDEN, Presiding Judge, VICTOR C. HOWARD, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

David Hobbs appeals the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).